UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CESAR RODRIGUEZ-AREVALO,** : | |
| Petitioner : | CIVIL ACTION NO. 3:22-0150 |
| v. : | (JUDGE MANNION) |
| **BOBBI JO SALAMON,** : | |
| Respondent : | |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The amended petition for writ of habeas corpus (Doc. 10) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: September 28, 2022
22-0150-01-Order